# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 1:20-cr-085 |
| Plaintiff, | JUDGE MATTHEW W. McFARLAND |
| v. | **UNITED STATES' NON-OPPOSITION TO DEFENDANT'S MOTION FOR BOND** |
| **KIRSTEN JOHNSON (2),** | |
| Defendant. | |

Now comes the United States of America, by and through the undersigned counsel, and hereby gives notice to the Court and counsel for the defendant that the United States has no objection to the defendant's Motion for Bond (Doc. 291), provided Ms. Johnson on conditions proposed by pretrial as memorialized in its March 8, 2022 pretrial services report that was sent to chambers on August 8, 2022.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

*/s/Jennifer K. Weinhold*
JENNIFER K. WEINHOLD (KY 93304)
Assistant United States Attorney
221 East 4th Street, Suite 400
Cincinnati, OH 45202
Phone No.: (513) 684-3711
Fax No.: (513) 684-6710
Email: Jennifer.Weinhold@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2022, a copy of the foregoing United States' Non-Opposition to Defendant's Motion for Bond (Doc. 291) was filed with the Court's electronic filing system (CM/ECF), which will send electronic notification of such filing to all parties represented by attorneys who are registered CM/ECF users.

*/s/Jennifer K. Weinhold*
JENNIFER K. WEINHOLD (KY 93304)
Assistant United States Attorney